```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ALVAREZ-MERAZ,<br><br>　　　　　Defendant. | NO. CR. S-09-475-FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: March 22, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status conference hearing date of March 22, 2010 be vacated, and the matter be set for status conference on April 12, 2010 at 10:00 a.m.

　　　This continuance is requested to allow the parties additional time to negotiate a fast-track plea toward resolution of the case.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 12, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based

upon continuity of counsel and defense preparation.

Dated:  March 18, 2010

                                      Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

Dated:  March 18, 2010         BENJAMIN WAGNER
United States Attorney

/s/ Linda C. Harter for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including April 12, 2010 in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE