DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR. S-09-475-FCD |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MIGUEL ALVAREZ-MERAZ, | ) |
| | ) Date: June 28, 2010 |
| Defendant. | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status conference hearing date of June 28, 2010 be vacated, and the matter be set for Status Conference on July 19, 2010 at 10:00 a.m.

   This continuance is requested to allow the parties further time to negotiate a fast-track plea toward resolution of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 19, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based

upon continuity of counsel and defense preparation.

Dated:  June 22, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        MIGUEL ALVAREZ-MERAZ

Dated:  June 22, 2010                  BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Linda C. Harter for
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including July 19, 2010 in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 22, 2010

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE