DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-09-475-FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIGUEL ALVAREZ-MERAZ, | ) | |
| | ) | Date: July 19, 2010 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status conference hearing date of July 19, 2010 be vacated, and the matter be set for Status Conference on August 9, 2010 at 10:00 a.m.

This continuance is requested to allow the parties further time to negotiate a fast-track plea toward resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 9, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based

1  upon continuity of counsel and defense preparation.

2  Dated:   July 13, 2010

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Public Defender

6                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
7                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
8                                          MIGUEL ALVAREZ-MERAZ

10 Dated:   July 13, 2010                  BENJAMIN WAGNER
                                           United States Attorney

13                                         /s/ Linda C. Harter for
                                           MICHAEL ANDERSON
                                           Assistant U.S. Attorney
14                                         Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 9, 2010 in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: July 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE