DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL ALVAREZ-MERAZ, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR. S-09-475-FCD <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  August 30, 2010 <br> Time:  10:00 a.m. <br> Judge: Hon. Frank C. Damrell, Jr. |

  IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status conference hearing date of August 23, 2010 be vacated, and the matter be set for a Status Conference on August 30, 2010 at 10:00 a.m.

  This continuance is requested to allow the parties further time to negotiate a resolution of the case.

  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 30, 2010 pursuant to 18 U.S.C.

1  §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  Dated:  August 20, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

Dated:  August 20, 2010   BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 30, 2010 in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: August 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE