DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-09-475-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MIGUEL ALVAREZ-MERAZ, ) | |
| ) | Date: October 12, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status conference hearing date of September 27, 2010 be vacated, and the matter be set for a Status Conference on Tuesday, October 12, 2010 at 10:00 a.m.

This continuance is requested to allow the parties further time to negotiate a resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 12, 2010 pursuant to 18 U.S.C.

§3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   September 24, 2010

                                             Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

                                             /s/ Dennis S. Waks
                                             DENNIS S. WAKS
                                             Supervising Assistant Federal Defender
                                             Attorney for Defendant
                                             MIGUEL ALVAREZ-MERAZ

Dated:   September 24, 2010      BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Dennis S. Waks for
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 12, 2010 in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 24, 2010

                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE