```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-09-475-FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MIGUEL ALVAREZ-MERAZ, ) | |
| ) | Date:  November 15, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status conference hearing date of October 12, 2010, be vacated and the matter be set for a status conference/change of plea hearing on Monday, November 15, 2010, at 10:00 a.m.

    This continuance is requested to allow the parties further time to negotiate a resolution of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 15, 2010, pursuant to 18

1  U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.
3  Dated:  October 7, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender


                                    /s/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    MIGUEL ALVAREZ-MERAZ


Dated:  October 7, 2010             BENJAMIN B. WAGNER
                                    United States Attorney



                                    /s/ Dennis S. Waks for
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff



**O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and including November 15, 2010, in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: October 7, 2010

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

Stipulation/Order/Miguel Alvarez-Meraz            2