```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>MIGUEL ALVAREZ-MERAZ,<br><br>           Defendant. | NO. CR. S-09-475-FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  December 13, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by the parties through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status conference hearing date of November 15, 2010, be vacated and the matter be set for a status conference/change of plea hearing on Monday, December 13, 2010, at 10:00 a.m.

This continuance is requested to allow the parties further time to investigate the facts and negotiate a resolution of the case.

The parties submit that the ends of justice are served by the Court excluding such time through December 13, 2010, so that they may have reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.  18 U.S.C. §  3161(h)(7)(B)(iv)
2  (Local T4).
3  Dated:  November 10, 2010
4                                      Respectfully submitted,
5                                      DANIEL J. BRODERICK
                                       Federal Public Defender
6
7                                      /s/ Dennis S. Waks
                                       DENNIS S. WAKS
8                                      Supervising Assistant Federal Defender
                                       Attorney for Defendant
9                                      MIGUEL ALVAREZ-MERAZ
10
11 Dated:  November 10, 2010           BENJAMIN B. WAGNER
                                       United States Attorney
12
13
                                       /s/ Dennis S. Waks for
14                                     MICHELE BECKWITH
                                       Assistant U.S. Attorney
15                                     Attorney for Plaintiff
16
17                                     **O R D E R**
18      **IT IS SO ORDERED.**
19
20 Dated: November 12, 2010
21                                     _____
                                       FRANK C. DAMRELL, JR.
22                                     UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28