1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    DENNIS S. WAKS, Bar #142581
     Supervising Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, California  95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    MIGUEL ALVAREZ-MERAZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )  NO. CR. S-09-475-FCD
                                    )
12                  Plaintiff,      )
                                    )  **STIPULATION AND ORDER**
13       v.                         )  **CONTINUING STATUS CONFERENCE**
                                    )  **AND EXCLUDING TIME**
14   MIGUEL ALVAREZ-MERAZ,          )
                                    )  Date:  January 4, 2010
15                  Defendant.      )  Time:  10:00 a.m.
     _____)  Judge: Hon. Frank C. Damrell, Jr.
16

17       IT IS HEREBY STIPULATED by the parties through their respective

18   counsel, Michele Beckwith, Assistant United States Attorney, attorney

19   for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal

20   Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the status

21   conference hearing date of December 13, 2010, be vacated and the matter

22   be set for a status conference/change of plea hearing on Tuesday,

23   January 4, 2011, at 10:00 a.m.

24       This continuance is requested to allow the parties further time to

25   investigate the facts and negotiate a resolution of the case.

26       The parties submit that the ends of justice are served by the

27   Court excluding such time through January 4, 2011, so that they may

28   have reasonable time necessary for effective preparation, taking into

1   account the exercise of due diligence.  18 U.S.C. §  3161(h)(7)(B)(iv)

2   (Local T4)[reasonable time to prepare].

3   Dated:  December 10, 2010

4                                     Respectfully submitted,

5                                     DANIEL J. BRODERICK
                                    Federal Public Defender

6

7                                     /s/ Dennis S. Waks
                                    DENNIS S. WAKS

8                                     Supervising Assistant Federal Defender
                                    Attorney for Defendant

9                                     MIGUEL ALVAREZ-MERAZ

10

11   Dated:  December 10, 2010      BENJAMIN B. WAGNER
                                    United States Attorney

12

13                                     /s/ Dennis S. Waks for

14                                     MICHELE BECKWITH
                                    Assistant U.S. Attorney

15                                     Attorney for Plaintiff

16

17                                     **O R D E R**

18      **IT IS SO ORDERED.**

19

20   Dated: December 10, 2010

21                         FRANK C. DAMRELL, JR.

                        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28