DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL ALVAREZ-MERAZ,<br><br>        Defendant. | NO. 2:09-cr-00475-KJM<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SCHEDULE**<br><br>Date: March 24, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

    IT IS HEREBY STIPULATED by the parties through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender, attorney for defendant, MIGUEL ALVAREZ-MERAZ, that the sentencing hearing presently scheduled for March 24, 2011, be vacated and rescheduled for April 7, 2011, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties request the following new schedule for the Presentence Investigation Report:

|  | OLD DATE | NEW DATE |
|---|---|---|
| Informal Objections | February 24, 2011 | March 10, 2011 |
| Final PSR | March 3, 2011 | March 17, 2011 |
| Motion for Correction of the PSR | March 10, 2011 | March 24, 2011 |
| Reply or statement of non-opposition | March 17, 2011 | March 31, 2011 |

Defense counsel has consulted with Supervising United States Probation Officer Linda Alger who concurs with these dates.

Dated: February 24, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
MIGUEL ALVAREZ-MERAZ

Dated: February 24, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks
_____
MICHELE BECKWITH
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 2, 2011.

_____
UNITED STATES DISTRICT JUDGE

2